IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                     ORDER

                Plaintiff,

                                                   09-cr-60-bbc

    v.

ALFREDO HERRERA,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       The presentence report in this case is due on March 5, 2010.  Objections to the presentence report are due March 19, 2010 and sentencing will be held on April 9, 2010 at 1:00 p.m.

       Entered this 4th day of February, 2010.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge